Sheila WHITE, Plaintiff–
Appellee/Cross–
Appellant,

v.

BURLINGTON NORTHERN & SANTE
FE RAILWAY COMPANY, Defendant–
Appellant/Cross–Appellee.

Nos. 00–6780, 01–5024.

United States Court of Appeals,
Sixth Circuit.

Feb. 11, 2003.

Before: MARTIN, Chief Judge;
BOGGS, BATCHELDER, DAUGHTREY,
MOORE, COLE, CLAY, GILMAN,
GIBBONS, and ROGERS, Circuit Judges.

ORDER

A majority of the Judges of this Court in
regular active service have voted for re-
hearing of these cases en banc. Sixth
Circuit Rule 35(a) provides as follows:

"The effect of the granting of a hearing
en banc shall be to vacate the previous
opinion and judgment of this court, to

stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is **ORDERED**, that the previous decision and judgment of this court is vacated, the mandate is stayed and the cases are restored to the docket as pending appeals.

It is further **ORDERED** that the appellant cross-appellee file a supplemental brief not later than Thursday, March 13, 2003 and the appellee cross-appellant file a supplemental brief not later than Monday, April 14, 2003.

The Clerk will schedule these cases for oral argument as directed by the Court.